JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARTFORD FIRE INSURANCE COMPANY and MJC ENGINEERING & TECHNOLOGY, INC.<br><br>Plaintiff,<br><br>vs.<br><br>TOTAL TERMINALS INTERNATIONAL, LLC,<br><br>Defendant. | Case No. CV-12-5110-MWF (Ex)<br><br>**JUDGMENT** |

On May 12, 2014, the Court granted the Motion for Partial Summary Judgment in favor of Defendant Total Terminals International LLC ("TTI") and against Plaintiffs Hartford Fire Insurance Company and MJC Engineering & Technology, Inc. (Docket No. 122). As stated in the Order Granting Partial Summary Judgment in favor of TTI, the only claim for relief in the First Amended Complaint (Docket No. 28) is subject to a $500 liability limitation. Pursuant to the Order, TTI has paid $500 to Plaintiff in full satisfaction of this claim.

Based on the record established in this case, and good cause appearing therefor, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment be entered in favor of TTI as follows:

1. Judgment is entered in favor of TTI on the Unreasonable Deviation claim for relief in the First Amended Complaint.

2. TTI is the prevailing party for purposes of Federal Rule of Civil Procedure 54(d). TTI may submit its Bill of Costs to the Clerk pursuant to Local Rule 54-2.

DATED: May 29, 2014.

_____
MICHAEL W. FITZGERALD
United States District Judge